# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 1:23-CR-209 |
| | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **BRUCE JIN** | : | |

## ORDER

AND NOW this 22nd day of October 2024, for the reasons set forth in the accompanying Memorandum, the defendant's motion to reconsider conditions of release (Doc. 88) is DENIED.

/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge

11